MARGUERITE L. NOWELL *v.* AMES NOWELL

The application by the defendant for a further extension of time is granted to the extent that the effective date of the order of May 10, 1967, is deferred until November 7, 1967.

*John J. Sullivan,* in support of the application.

Submitted September 25—decided October 3, 1967

JOHN E. SAMPLE *v.* AMERICAN RADIATOR AND STANDARD SANITARY CORPORATION

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*William B. Rush,* for the appellee (defendant).

*James N. Diorio,* for the appellant (plaintiff).

Argued October 3—decided October 4, 1967

JOHN E. HAYES *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WATERFORD

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in New London County is denied.

*I. Milton Widem,* for the appellee (plaintiff).

*Donald O'Brien,* for the appellant (defendant).